AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 17, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| XAVIER B.  *Plaintiff*  v.  FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY  *Defendant* | Civil Action No.  2:25-CV-00186-ACE |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's motion to affirm, ECF No. 12, is GRANTED. Plaintiff's motion to reverse, ECF No. 10, is DENIED. Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ALEXANDER C. EKSTROM

Date:  11/17/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*